# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JEFFREY A. LIEPELT

VERSUS

RIVER CLUB DEVELOPMENT, LLC,
MJB CONSTRUCTION, LLC, POOLS
BY JOE CROWTON, LLC, TOC
HARD SCAPES UNLIMITED, INC.
AND LAMULLE CONSTRUCTION
L.L.C.

NO.  2025 CW 1061

**OCTOBER 21, 2025**

---

In Re:   Pools By Joe Crowton, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-12842.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The trial court's ruling which excluded the testimony of Pools By Joe Crowton, LLC's expert, Ryan Dunlevy, is reversed.  La. Code Civ. P. art. 1357 provides that a person who, without reasonable excuse, fails to obey a subpoena may be adjudged in contempt of court. Plaintiff did not file a motion to compel nor a motion for contempt of court. Accordingly, we find the trial court abused its discretion by striking the expert's testimony for failure to comply with the subpoena.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT